UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fidanka Pentcheva,                          **Civil File No. 09-cv-166 MJD/JSM**

       Plaintiff,

v.                                                               **ORDER**

Nelson, Watson & Associates, LLC,
and John Doe,

       Defendants.

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                     BY THE COURT

Dated: March 16, 2009               s/Michael J. Davis
                                      The Honorable Michael J. Davis
                                      Chief Judge of United States District Court